IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES R. WASHINGTON,

      Plaintiff,

    v.

LAURA SUKOWATY, et al.

      Defendants.

ORDER

Case No.  23-cv-134-wmc

---

JAMES R. WASHINGTON,

      Plaintiff,

    v.

MELISSA BLOCK, et al.

      Defendants.

ORDER

Case No.  23-cv-160-wmc

---

Plaintiff James R. Washington has submitted a certified inmate trust fund account statement for the six month period preceding these complaints in support of the pending motions to proceed without prepayment of the filing fees.  Accordingly, the court must determine  whether plaintiff qualifies for indigent status and, if so, calculate initial partial payments of the $350.00 fee for filing these cases.

Even when an inmate litigant qualifies for indigent status, the litigant must pay a portion of the fee returned by the formula set forth in 28 U.S.C. § 1915(b)(1).  Using information for the relevant time period from plaintiff's trust fund account statement, I

calculate plaintiff's initial partial filing fee to be $368.28 for each case.  For these cases to proceed, plaintiff must submit this amount on or before April 3, 2023 For each case.

If plaintiff does not have enough money to make the initial partial payments from plaintiff's regular account, plaintiff should arrange with prison authorities to pay the remainder from plaintiff's release account.

ORDER

IT IS ORDERED that,

1.      Plaintiff James R. Washington is assessed $368.28 as initial partial payments of the $350.00 fee for filing these cases.  Plaintiff is to submit a check or money order made payable to the clerk of court in the amount of $368.28 for each case (or one check in the amount of $736.56) or advise the court in writing why plaintiff is not able to submit the assessed amounts on or before April 3, 2023.

2.      If, by April 3, 2023, plaintiff fails to make the initial partial payments or show cause for failure to do so, plaintiff will be held to have withdrawn the actions voluntarily and the cases will be closed without prejudice to plaintiff filing these cases at a later date.

3.      No further action will be taken in these case until the clerk's office receives plaintiff's initial partial filing fee(s) as directed above and the court has screened the complaint as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915A.  Once the screening process is complete, a separate order will issue.


Entered this 13th day of March, 2023.

BY THE COURT:


/s/
STEPHEN L. CROCKER
Magistrate Judge